## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID HOWELL, | ) | 3:18-cv-00273-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 2, 2021 |
| JOHN KEAST, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Clarification" (ECF No. 41).  Plaintiff states that on December 29, 2020, he filed a motion for extension of time (ECF No. 37) but "to date the Plaintiff has not received an order from the court pertinent to the above time-sensitive motion." (*Id.*)

Plaintiff is advised that on December 30, 2020, the court granted Plaintiff's motion for extension of time and re-set scheduling order deadlines. (ECF No. 38.)

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Clarification" (ECF No. 41) is **GRANTED** to the extent that the Clerk shall re-send a copy of the court's order of December 30, 2020 (ECF No. 38) to Plaintiff.

DEBRA K. KEMPI, CLERK

By:   /s/_____
         Deputy Clerk