# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOWELL,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN KEAST, *et al.*,<br><br>      Defendants. | 3:18-cv-00273-MMD-CSD<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On January 20, 2022, Defendants filed their Motion for Summary Judgment (ECF No. 78) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 78).

**IT IS SO ORDERED.**

DATED: March 10, 2022.

             _____
             **UNITED STATES MAGISTRATE JUDGE**